AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| EUROSEMILLAS, S.A.<br><br>*Plaintiff(s)*<br>v.<br>PLC DIAGNOSTICS, INC.; NATIONAL MEDICAL SERVICES, INC. dba NMS LABS; LDIP, LLC; REUVEN DUER; ERIC REIDER; and DOES 1-10<br><br>*Defendant(s)* | Civil Action No. 17-3159 MEJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
REUVEN DUER
c/o PLC Diagnostics, Inc.
9568 Topanga Canyon Blvd.
Chatsworth, California 91311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ruchit Kumar Agrawal
KUMAR LAW
6525 Crown Blvd. #20072
San Jose, California 95160
Tel: (408) 601-0586

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 6/2/2017

*Signature of Clerk or Deputy Clerk*