Maxim B. Litvak (CA Bar No. 215852)
Harry D. Hochman (CA Bar No. 132515)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: mlitvak@pszjlaw.com
          hhochman@pszjlaw.com

Attorneys for Defendants PLC Diagnostics, Inc.,
National Medical Services, Inc. dba NMS Labs;
LDIP, LLC, Reuven Duer and Eric Rieders

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EUROSEMILLAS, S.A., a Spanish corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>PLC DIAGNOSTICS, INC., a Delaware corporation; NATIONAL MEDICAL SERVICES, INC. dba NMS LABS, a Pennsylvania corporation; LDIP, LLC, a Delaware limited liability company; REUVEN DUER; ERIC RIEDER; and Does 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 3:17-cv-03159-MEJ<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

  The undersigned, counsel of record for Defendants PLC Diagnostics, Inc., National Medical Services, Inc. dba NMS Labs; LDIP, LLC, Reuven Duer and Eric Rieders, certifies that the following listed parties may have a financial interest in the outcome of this case.

  PLC Diagnostics, Inc.

  National Medical Services, Inc. dba NMS Labs

  LDIP, LLC

  Reuven Duer

DOCS_LA:307084.1 70872/002

| | |
|---|---|
| 1 | Eric Rieders |
| 2 | Michael Rieders |
| 3 | Marion Rieders |
| 4 | Maria Rieders |
| 5 | Pierre Cassigneul |
| 6 | Neal McCarthy |
| 7 | Norm Gitis |
| 8 | Abraham Sofaer |
| 9 | Hank Nordhoff |
| 10 | Herb Dwight |
| 11 | Jupiter Partners |
| 12 | Ruben Srugo |
| 13 | LioniX (Panthera Group BV) |
| 14 | Meyer Elkaim |
| 15 | Lawrence Zulch |
| 16 | Marc Abramowitz |
| 17 | Roberto Geberovich |
| 18 | Jack Stuppin |
| 19 | James Herron |
| 20 | Arie Duer |
| 21 | Yariv Oz |
| 22 | Gabriel Srugo |
| 23 | Ron Casentini |
| 24 | Bob Tufts |
| 25 | Nisim Aharoni |
| 26 | Nurit Fisher |
| 27 | Abraham Cohen |
| 28 | Sofaer Family Trust |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2

1. Bob Ledoux
2. Doug Christenson
3. Mike Sofaer
4. WS Investment Company, LLC
5. Krueger, Todd
6. Reichert, William
7. Daniel Epstein
8. John Glancy
9. Leyla Sabet
10. Engstrom, Henrik

Dated: July 5, 2017                               PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Harry D. Hochman*
    Harry D. Hochman

Attorneys for Defendants PLC Diagnostics, Inc., National Medical Services, Inc. dba NMS Labs; LDIP, LLC, Reuven Duer and Eric Rieders

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_LA:307084.1 70872/002

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

     I, Myra Kulick, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

     On <u>July 5, 2017</u>, I caused to be served the ***CERTIFICATE OF INTERESTED PARTIES*** in this action as follows:

*See Attached Service List*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY OVERNIGHT DELIVERY) I caused to be served the above-described document by sending by Federal Express to the addressee(s) as indicated on the attached list.

     I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

     Executed on <u>July 5, 2017</u>, at Los Angeles, California.

                                  */s/ Myra Kulick*
                                  Myra Kulick

# SERVICE LIST

**By FedEx Delivery:**

Magistrate Judge Maria-Elena James
San Francisco Courthouse
Courtroom B – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**3:17-cv-03159-MEJ Notice will be sent via NEF/electronically mailed to:**

- **Ruchit Kumar Agrawal**
  ruchit@kumarlawsv.com
- **Reuven Duer**
  ruvduer@gmail.com
- **PLC Diagnostics Inc.**
  ruvduer@gmail.com
- **Eric Rieders**
  Eric.Rieders@nmslabs.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA