UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROSESMILLAS, S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>PLC DIAGNOSTICS INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03159-MEJ<br><br>**ORDER FINDING AS MOOT MOTION TO DISMISS**<br><br>Re: Dkt. No. 12 |

Pending before the Court is Defendants' Motion to Dismiss. Dkt. No. 12. However, on July 19, 2017, Plaintiff filed an Amended Complaint (Dkt. No. 17) and Notice of Non-Opposition (Dkt. No. 18). Under Federal Rule of Civil Procedure 15, a party may amend its pleading once "as a matter of course" within "21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). Thus, as no prior amended complaints have been filed, Plaintiff could file an amended complaint as a matter of course under Rule 15(a).

"[T]he general rule is that an amended complaint supersedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Further, "[d]ismissal of the superseded original complaint would not alter the proceedings . . . as the parties would continue to litigate the merits of the claims contained in the now-operative First Amended Complaint." *See Liberi v. Defend Our Freedoms Founds., Inc.*, 509 F. App'x 595, 596 (9th Cir. 2013) (dismissing as moot appeal of denial of an anti-SLAPP motion regarding a superseded complaint). Since the pending Motion to Dismiss is based on the original Complaint, the Court hereby DENIES the Motion as moot. Defendants shall file an answer or other responsive pleading within 21 days from the date of this Order.

1   The Court advises Plaintiff that no further amendments may be made without seeking
2   leave of Court pursuant to Rule 15 and Civil Local Rule 7.
3   **IT IS SO ORDERED.**

5   Dated: July 20, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge