UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROSESMILLAS, S.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLC DIAGNOSTICS INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03159-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　The Initial Case Management Conference in this matter was vacated pending resolution of the motion to dismiss. Dkt. No. 23. Plaintiff filed a second amended complaint, which Defendants answered. SAC, Dkt. No. 27; Answer, Dkt. No. 28. The pleadings being settled,

　　**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on October 26, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

　　**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms. If the statement is e-filed, no chambers copy is required.

　　**IT IS SO ORDERED.**

Dated: September 28, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge