UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROSEMILLAS, S.A., a Spanish corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PLC DIAGNOSTICS, INC., a Delaware corporation; NATIONAL MEDICAL SERVICES, INC. dba NMS LABS, a Pennsylvania corporation; LDIP, LLC, a Delaware limited liability company; REUVEN DUER; ERIC RIEDERS; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 17-cv-3159-MEJ<br><br><br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have <u>not</u> met and conferred regarding ADR and that they:

    ☒ have not yet reached an agreement to an ADR process OR

    ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: October 26, 2017

The following counsel will participate in the ADR phone conference:

| **Attorney Name & Party Representing** | **Phone & Email Address** |
|---|---|
| Steven J. Kahn, Esq.<br>Attorneys for Defendants | Telephone: (310) 277-6910;<br>Email: skahn@pszjlaw.ocm |
| Ruchit Kumar Agrawal<br>Attorneys for Plaintiff | Telephone: (408) 601-0586<br>Email: Ruchit@kumarlawsv.com |
| | |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (*[adr@cand.uscourts.gov](adr@cand.uscourts.gov)*) will notify you of the date and time of your phone conference.*

*Form ADR-TC rev. 11-2016*
DOCS_LA:309680.1 70872/002



Date:   October ___, 2017        Signed: _____
                                         Attorney for Plaintiff

Date:   October 18, 2017         Signed:  */s/ Harry D. Hochman*
                                         Attorney for Defendants

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 11-2016*
DOCS_LA:309680.1 70872/002

