# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROSEMILLAS, S.A., a Spanish corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>PLC DIAGNOSTICS, INC., a Delaware corporation; NATIONAL MEDICAL SERVICES, INC. dba NMS LABS, a Pennsylvania corporation; LDIP, LLC, a Delaware limited liability company; REUVEN DUER; ERIC RIEDERS; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.    17-cv-3159-MEJ<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.


PLC DIAGNOSTICS, INC.

Date:  October 17, 2017          Signed By: _Reuven Duer_

NATIONAL MEDICAL SERVICES, INC. dba NMS LABS

Date:  October ___, 2017          Signed By: _____



| | |
|---|---|
| EUROSEMILLAS, S.A., a Spanish corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>PLC DIAGNOSTICS, INC., a Delaware corporation; NATIONAL MEDICAL SERVICES, INC. dba NMS LABS, a Pennsylvania corporation; LDIP, LLC, a Delaware limited liability company; REUVEN DUER; ERIC RIEDERS; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.    17-cv-3159-MEJ<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

PLC DIAGNOSTICS, INC.

Date: October ___, 2017          Signed  By: _____

NATIONAL MEDICAL SERVICES, INC, dba NMS LABS

Date: October 17, 2017          Signed  By: _____

Eric Rieders (chairman)

*Form ADR-Cert rev. 11-2016*
DOCS_LA:309678.1 70872/002



LDIP, LLC

Date: October 17, 2017      Signed By: _Reuven Duer_____

Date: October 17, 2017      Signed _____
                                                   Reuven Duer

Date: October ___, 2017      Signed _____
                                                   Eric Rieders

PACHULSKI STANG ZIEHL & JONES LLP

Date: October ___, 2017      Signed By: _____
                                        Steven J. Kahn (CA Bar No. 76933)
                                        Attorneys for Defendants

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*


American LegalNet, Inc.
www.FormsWorkFlow.com

LDIP, LLC

Date:  October ___, 2017          Signed  By: _____

Date:  October ___, 2017          Signed  _____
                                                    Reuven Duer

Date:  October 17, 2017           Signed  _____
                                                    Eric Rieders

                                   PACHULSKI STANG ZIEHL & JONES LLP

Date:  October ___, 2017          Signed  By: _____
                                                    Steven J. Kahn (CA Bar No. 76933)
                                                    Attorneys for Defendants

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

American LegalNet, Inc.

LDIP, LLC

Date:  October ___, 2017          Signed By: _____

Date:  October ___, 2017          Signed _____
                                                  Reuven Duer

Date:  October ___, 2017          Signed _____
                                                  Eric Rieders

                                  PACHULSKI STANG ZIEHL & JONES LLP

Date:  October 18, 2017           Signed By:    */s/ Harry D. Hochman*_____
                                                  Steven J. Kahn (CA Bar No. 76933)
                                                  Harry D. Hochman (CA Bar No. 132515)
                                                  Attorneys for Defendants

*Important!* **E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."**


American LegalNet, Inc.
www.FormsWorkFlow.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

## PROOF OF SERVICE

2    STATE OF CALIFORNIA      )
                                    )

3    COUNTY OF LOS ANGELES    )

4        I, Mary de Leon, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

6        On October 18, 2017, I caused to be served the ***ADR CERTIFICATION BY PARTIES AND COUNSEL*** in this action as follows:

8

9    ☐    (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12

13    ☐    (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

15    ☑    (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

17    ☐    (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

20    ☑    (BY OVERNIGHT DELIVERY) I caused to be served the above-described document by sending by Federal Express to the addressee(s) as indicated on the attached list.

22        I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

23        Executed on October 18, 2017, at Los Angeles, California.

24

                                 */s/ Mary de Leon*
25                                    Mary de Leon

26

27

28

# <u>SERVICE LIST</u>

**By FedEx Delivery:**

Magistrate Judge Maria-Elena James
San Francisco Courthouse
Courtroom B – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

**3:17-cv-03159-MEJ Notice will be sent via NEF/electronically mailed to:**

- **Ruchit Kumar Agrawal**
  ruchit@kumarlawsv.com
- **Reuven Duer**
  ruvduer@gmail.com
- **Harry David Hochman**
  hhochman@pszjlaw.com
- **PLC Diagnostics Inc.**
  ruvduer@gmail.com
- **Eric Rieders**
  Eric.Rieders@nmslabs.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA