AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Plaintiff (s),

V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-cv-3159-MEJ

Notice is hereby given that, subject to approval by the court, __EUROSEMILLAS, S.A.,__ substitutes
(Party (s) Name)

__Sherrett O. Walker__, State Bar No. __286595__ as counsel of record in
(Name of New Attorney)

place of __Ruchit Kumar Agrawal__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Sherrett O. Walker, Attorney at Law
- Address: P.O. Box 1543
- Telephone: (415) 305-6546     Facsimile
- E-Mail (Optional): rett@walkercalawyer.com

I consent to the above substitution.
Date: 19 Oct 2017
(Signature of Party (s))

I consent to being substituted.
Date: 10/18/2017
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/5/2017
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 20, 2017



IT IS SO ORDERED
Judge Maria-Elena James

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]