UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROSESMILLAS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> PLC DIAGNOSTICS INC., et al., <br><br> Defendants. | Case No. 17-cv-03159-MEJ <br><br> **ORDER RE: CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. Nos. 43, 45 |

Based on the parties' Joint Status Report, the Court finds there would be no utility to holding a Case Management Conference (CMC) before the third-party defendants appear in the action and the pleadings are settled. The parties request the Court schedule a CMC to a date no earlier than 45 days after the third-party defendants appear in this action. Dkt. No. 45. Summonses were issued for the third-party defendants on October 23, 2017. *See* Dkt. No. 42. The Court accordingly schedules a CMC for January 11, 2018.

**IT IS SO ORDERED.**

Dated: November 3, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge