| | |
|---|---|
| 1 | CHRISTOPHER D. SULLIVAN (148083) |
| 2 | csullivan@diamondmccarthy.com |
| | ROXANNE BAHADURJI (290117) |
| 3 | rbahadurji@diamondmccarthy.com |
| | **DIAMOND McCARTHY LLP** |
| 4 | 150 California Street, Suite 2200 |
| | San Francisco, California 94111 |
| 5 | Tel: (415) 692-5200 |

Attorneys for PLC DIAGNOSTICS, INC.;
NATIONAL MEDICAL SERVICES, INC.;
LDIP, LLC; REUVEN DUER; ERIC RIEDERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROSEMILLAS, S.A., | Case No. 17-cv-3159-MEJ |
| Plaintiff | |
| v. | |
| PLC DIAGNOSTICS, INC.; NATIONAL MEDICAL SERVICES, INC., LDIP, LLC, REUVEN DUER, ERIC RIEDERS, Does 1 – 10, inclusive, | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS COUNTERCLAIMANTS AND THIRD PARTY PLAINTIFFS BY CONSENT AND [PROPOSED] ORDER |
| Defendants. | |
| PLC DIAGNOSTICS, INC.; NATIONAL MEDICAL SERVICES, INC., LDIP, LLC, REUVEN DUER; ERIC RIEDERS, | |
| Counterclaimants, | |
| v. | |
| EUROSEMILLAS, S.A., | |
| Counterdefendant. | |
| PLC DIAGNOSTICS, INC., NATIONAL MEDICAL SERVICES, INC., LDIP, LLC, REUVEN DUER; and ERIC RIEDERS; | |
| Third Party Plaintiffs, | |
| v. | |
| MOHAN UTTARWAR, an individual, and PIYUSH GUPTA, an individual, | |
| Third Party Defendant. | |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that, Christopher Sullivan with the law firm of Diamond McCarthy LLP, 150 California Street, Suite 2200, San Francisco, CA 94111, is hereby substituted in place of Pachulski Stang Ziehl & Jones LLP ("Pachulski") as counsel for the Defendants, Counterclaimants, and Third Party Plaintiffs PLC DIAGNOSTICS, INC., NATIONAL MEDICAL SERVICES, INC. dba NMS Labs, LDIP, LLC, REUVEN DUER, and ERIC RIEDERS. |

**PLEASE TAKE FURTHER NOTICE** that the firm of Pachulski will have no further obligations for this matter.

I consent to the above substitution.

Dated: December ___, 2017          PLC DIAGNOSTICS, INC

                                   _____
                                   Reuven Duer, President

I consent to the above substitution.

Dated: December 28, 2017           NATIONAL MEDICAL SERVICES, INC.
                                   dba NMS Labs

                                   _____
                                   Eric Rieders, Chairman

I consent to the above substitution.

Dated: December 28, 2017           LDIP, LLC

                                   _____
                                   Eric Rieders, an authorized Board Manager

I consent to the above substitution.

Dated: December ___, 2017          REUVEN DUER, an individual

                                   _____
                                   Reuven Duer

[signatures continue on next page]

-2-

I consent to the above substitution.

Dated: December 28, 2017                    ERIC RIEDERS, an individual

_____
Eric Rieders

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: December __, 2017                    DIAMOND MCCARTHY LLP

By: _/s/ Christopher D. Sullivan_
Christopher Sullivan
Attorneys for Attorneys for Defendants and
Counterclaimants


Dated: December __, 2017                    PACHULSKI STANG ZIEHL
                                                                                                                                                                                                                                                                                                                    & JONES LLP

By: _____ n
Steven J. Kahn
Harry David Hochman
Former Attorneys for Defendants and
Counterclaimants


The above withdrawal and substitution of attorney is hereby approved and so ORDERED.

Date: _____                        _____
MARIA-ELENA JAMES
United States Magistrate Judge

-3-

**PLEASE TAKE NOTICE** that, Christopher Sullivan with the law firm of Diamond McCarthy LLP, 150 California Street, Suite 2200, San Francisco, CA 94111, is hereby substituted in place of Pachulski Stang Ziehl & Jones LLP ("Pachulski") as counsel for the Defendants, Counterclaimants, and Third Party Plaintiffs PLC DIAGNOSTICS, INC., NATIONAL MEDICAL SERVICES, INC. dba NMS Labs, LDIP, LLC, REUVEN DUER, and ERIC RIEDERS.

**PLEASE TAKE FURTHER NOTICE** that the firm of Pachulski will have no further obligations for this matter.

I consent to the above substitution.

Dated: December 28, 2017                        PLC DIAGNOSTICS, INC

_____
Reuven Duer, President

I consent to the above substitution.

Dated: December ___, 2017                        NATIONAL MEDICAL SERVICES, INC. dba NMS Labs

_____
Eric Rieders, Chairman

I consent to the above substitution.

Dated: December ___, 2017                        LDIP, LLC

_____
Eric Rieders, an authorized Board Manager

I consent to the above substitution.

Dated: December 28, 2017                        REUVEN DUER, an individual

_____
Reuven Duer

[signatures continue on next page]

I consent to the above substitution.

Dated: December ___, 2017           ERIC RIEDERS, an individual

_____
Eric Rieders

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: December 29, 2017           DIAMOND MCCARTHY LLP

By: /s/ Christopher D. Sullivan
Christopher Sullivan
Attorneys for Attorneys for Defendants and Counterclaimants

Dated: December 29, 2017           PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Steven J. Kahn
Harry David Hochman
Former Attorneys for Defendants and Counterclaimants

The above withdrawal and substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
MARIA-ELENA JAMES
United States Magistrate Judge