UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUROSESMILLAS, S.A.,

    Plaintiff,

  v.

PLC DIAGNOSTICS INC., et al.,

    Defendants.

Case No. 17-cv-03159-MEJ

**ORDER VACATING CMC**

    This matter is currently scheduled for a Case Management Conference on January 11, 2018. However, as there are two pending motions to dismiss (Dkt. Nos. 46, 54), the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

    **IT IS SO ORDERED.**

Dated: January 8, 2018

_____

MARIA-ELENA JAMES
United States Magistrate Judge